UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FREMONT AUTOMOBILE DEALERSHIP,
LLC, dba FREMONT TOYOTA,

       Plaintiff,

    vs.

UNIVERSAL UNDERWRITERS
INSURANCE COMPANY,

       Defendant.

Case No.:  12-cv-05876-YGR

**ORDER VACATING DATES AND SETTING
COMPLIANCE HEARING**

**TO ALL PARTIES AND COUNSEL OF RECORD:**

     The Court understands, based upon the representations of Plaintiff's counsel, that the above-captioned case has settled.  (Dkt. No. 16.)  Accordingly, all pending motion, case management and trial dates are **VACATED**.  A compliance hearing shall be held on **Friday, May 31, 2013** on the Court's **9:01a.m.** calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California in Courtroom 5.

     Five (5) business days prior to the date of the compliance hearing, the parties shall file either (a) a Stipulation of Dismissal; or (b) a one-page **JOINT STATEMENT** setting forth an explanation regarding the failure to comply.  If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

     Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion.  Failure to do so may result in sanctions.

     **IT IS SO ORDERED**.

Dated: April 8, 2013

                         _____
                         **YVONNE GONZALEZ ROGERS**
                  **UNITED STATES DISTRICT COURT JUDGE**

*United States District Court*
*Northern District of California*