1  RALPH A. LOMBARDI, State Bar No. 048217
   ral@llcllp.com
2  LORI A. SEBRANSKY, State Bar No. 125211
   las@llcllp.com
3  LOMBARDI, LOPER & CONANT, LLP
   Lake Merritt Plaza
4  1999 Harrison Street, Suite 2600
   Oakland, CA  94612-3541
5  Telephone:     (510) 433-2600
   Facsimile:     (510) 433-2699
6
   Attorneys for Plaintiff
7  FREMONT AUTOMOBILE DEALERSHIP,
   LLC, dba FREMONT TOYOTA
8

9               UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
10

| 11 | FREMONT AUTOMOBILE DEALERSHIP, LLC, dba FREMONT TOYOTA; | Case No. CV 12-05876 YGR |
|---|---|---|
| 12 | | **STIPULATION FOR DISMISSAL OF COMPLAINT WITH PREJUDICE PER F.R.C.P. 41(a)(1)(A)(ii)** |
| 13 | Plaintiff, | |
| 14 | v. | |
| 15 | UNIVERSAL UNDERWRITERS INSURANCE COMPANY, a Kansas Corporation; | |
| 16 | | |
| 17 | Defendant. | |

IT IS SO ORDERED
/s/ Yvonne Gonzalez Rogers
5/9/13
Judge Yvonne Gonzalez Rogers

19     Pursuant to FRCP 41(a)(1)(A)(ii) plaintiff FREMONT AUTOMOBILE DEALERSHIP,

20  LLC, dba FREMONT TOYOTA, by and through its attorneys of record, and defendant

21  UNIVERSAL UNDERWRITERS INSURANCE COMPANY, by and through its attorneys of

22  record, hereby stipulate to dismissal of this action with prejudice, each party to bear its own

23  attorneys fees and costs.

24     DATED: May 8, 2013

25                                    LOMBARDI, LOPER & CONANT

26

27                                    By:   /s/ *Ralph A. Lombardi*
                                            RALPH A. LOMBARDI
28

31121-42364 RAL 622774.1                        STIPULATION FOR DISMISSAL
                                                CASE NO. CV-12-05876 YGR

1  DATED: May 8, 2013

2                                                     SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC

4

5                                                     By:   /s/ *Randy M. Marmor*
                                                            RANDY M. MARMOR

**LOMBARDI, LOPER & CONANT, LLP**
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541