RALPH A. LOMBARDI, State Bar No. 048217
ral@llcllp.com
LORI A. SEBRANSKY, State Bar No. 125211
las@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541
Telephone:     (510) 433-2600
Facsimile:      (510) 433-2699

Attorneys for Plaintiff
FREMONT AUTOMOBILE DEALERSHIP,
LLC, dba FREMONT TOYOTA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREMONT AUTOMOBILE DEALERSHIP, LLC, dba FREMONT TOYOTA;<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSAL UNDERWRITERS INSURANCE COMPANY, a Kansas Corporation;<br><br>Defendant. | Case No.  CV 12-05876 YGR<br><br>**STIPULATION FOR DISMISSAL OF COMPLAINT WITH PREJUDICE PER F.R.C.P. 41(a)(1)(A)(ii)** |

IT IS SO ORDERED
5/9/13
Judge Yvonne Gonzalez Rogers

Pursuant to FRCP 41(a)(1)(A)(ii) plaintiff FREMONT AUTOMOBILE DEALERSHIP, LLC, dba FREMONT TOYOTA, by and through its attorneys of record, and defendant UNIVERSAL UNDERWRITERS INSURANCE COMPANY, by and through its attorneys of record, hereby stipulate to dismissal of this action with prejudice, each party to bear its own attorneys fees and costs.

DATED: May 8, 2013

LOMBARDI, LOPER & CONANT

By:  /s/ *Ralph A. Lombardi*
     RALPH A. LOMBARDI

31121-42364 RAL 622774.1

STIPULATION FOR DISMISSAL
CASE NO. CV-12-05876 YGR

DATED: May 8, 2013

                              SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC

                              By:   /s/ *Randy M. Marmor*
                                       RANDY M. MARMOR

**LOMBARDI, LOPER & CONANT, LLP**
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541

31121-42364 RAL 622774.1

- 2 -

STIPULATION FOR DISMISSAL
CASE NO. CV-12-05876 YGR